IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DIRECT GENERAL INSURANCE COMPANY, | ) ) ) | No. 3:12-cv-00492 |
| Plaintiff, | ) ) | Judge Nixon |
| v. | ) ) | Magistrate Judge Knowles |
| LINKS INSURANCE SERVICES, LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER

The parties to this action have notified the Court that they have reached a compromise and settlement in the above-captioned case. (Doc. No. 20.) As a result, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED without prejudice**, pursuant to the provisions of the parties' Amended Termination and Settlement Agreement. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this the ___31st___ day of August, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT