IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIRECT GENERAL INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | No. 3:12-cv-00492 |
| v. ) ) ) | Judge Nixon<br>Magistrate Judge Knowles |
| LINKS INSURANCE SERVICES, LLC, ) ) | |
| Defendant. ) | |

### ORDER

The parties to this action have notified the Court that they have reached a compromise and settlement in the above-captioned case. (Doc. No. 20.) As a result, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED without prejudice**, pursuant to the provisions of the parties' Amended Termination and Settlement Agreement. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this the ___31st___ day of August, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT